# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**WESTERN DIVISION**

| | |
|---|---|
| JACOB WEARING, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| ) | **CASE NO. 5:10-CV-113-D** |
| JIM MILL, KIRSTEN MCCOY, ) | |
| Supervisor, and THE U.S. DEPARTMENT ) | |
| OF EDUCATION, ) | |
|     Defendants. ) | |
| ) | |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the court GRANTS defendants' Motion to Dismiss [D.E. 32]. The Clerk is DIRECTED to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 29, 2010** WITH A COPY TO:

Jacob Wearing, Pro Se (via U.S. Postal Service to 6172 Graham Hobgood Road, Oxford, NC 27565)
S. Katherine Burnette (via CM/ECF Notice of Electronic filing)


| | |
|---|---|
| November 29, 2010 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |